UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN R. SALAZAR, AH8383, | Case No. 19-cv-01448-CRB (PR) |
| Petitioner, | **ORDER DISMISSING PETITION FOR A WRIT OF HABEAS CORPUS FOR FAILURE TO EXHAUST** |
| v. | |
| WARDEN ROBERTSON, | |
| Respondent. | |

Petitioner, a state prisoner incarcerated at Pelican Bay State Prison (PBSP), seeks a writ of habeas corpus under 28 U.S.C. § 2254 challenging a prison disciplinary finding that resulted in his being "assessed 360 days loss of clean conduct credits." ECF No. 1 (Pet.) at 27.

Prisoners in state custody who wish to challenge in federal habeas corpus proceedings either the fact or length of their confinement (or decisions affecting the length of their confinement) are first required to exhaust state judicial remedies, either on direct appeal or through collateral proceedings, by presenting the highest state court available with a fair opportunity to rule on the merits of each and every claim they seek to raise in federal court. See 28 U.S.C. § 2254(b)-(c). Petitioner has not done so. He has not presented the Supreme Court of California with an opportunity to consider and rule on his claims. See O'Sullivan v. Boerckel, 526 U.S. 838, 845 (1999) (state's highest court must be given opportunity to rule on claims even if review is discretionary). The petition for a writ of habeas corpus therefore is DISMISSED without prejudice to petitioner filing a new petition after exhausting state judicial remedies. The clerk is directed to close the file.

**IT IS SO ORDERED**.

Dated: May 6, 2019

_____
CHARLES R. BREYER
United States District Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN R. SALAZAR,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>ROBERTSON,<br><br>　　　　　Defendant. | Case No. 3:19-cv-01448-CRB<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on May 6, 2019, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Jonathan R. Salazar ID: AH8383
Pelican Bay State Prison
P.O. Box 7500
Crescent City, CA 95532

Dated: May 6, 2019

　　　　　　　　　　　　　　　　　　　Susan Y. Soong
　　　　　　　　　　　　　　　　　　　Clerk, United States District Court

　　　　　　　　　　　　　　　　　　　By:_____/s/ L. Scott_____
　　　　　　　　　　　　　　　　　　　Lashanda Scott, Deputy Clerk to the
　　　　　　　　　　　　　　　　　　　Honorable CHARLES R. BREYER